**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tyrone Vincent GLOVER, a.k.a.**
**Ty, a.k.a. Zoo, Defendant–**
**Appellant.**

**No. 09–16432**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 18, 2010.

Stephen H. Harris, Smart & Harris, Savannah, GA, for Defendant–Appellant.

James C. Stuchell, U.S. Attorney's Office, R. Brian Tanner, Savannah, GA, for Plaintiff–Appellee.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Stephen H. Harris, appointed counsel for Tyrone Vincent Glover, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Glover's conviction and sentence are **AFFIRMED.**